NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL T. COOLEN, DOC# 312501,  )
                                  )
            Appellant,            )
                                  )
v.                                )          Case No. 2D17-4806
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____   )

Opinion filed June 8, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

        Affirmed.

KHOUZAM, BLACK, and SALARIO, JJ., Concur.